**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PINPOINT WAREHOUSING, LLC, | ) | Case No. 17-31701 |
| | ) | |
| Debtor. | ) | |
| | ) | |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF ALL NOTICES AND PAPERS**

**PLEASE TAKE NOTICE** that the attorneys set forth below hereby appear as counsel for AKF2 Shopton LLC pursuant to section 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and request, pursuant to Bankruptcy Rules 2002, 3017 and 9007, and sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in the above-captioned cases be given to and served upon the following:

| | |
|---|---|
| Zachary H. Smith, Esq. | Ethridge B. Ricks, Esq. |
| Moore & Van Allen PLLC | Moore & Van Allen PLLC |
| 100 North Tryon Street | 100 North Tryon Street |
| Suite 4700 | Suite 4700 |
| Charlotte, NC  28202-4003 | Charlotte, NC  28202-4003 |
| Phone: 704-331-1046 | Phone: 704-331-1182 |
| Fax: 704-378-1909 | Fax: 704-409-5682 |
| zacharysmith@mvalaw.com | brittricks@mvalaw.com |

**PLEASE TAKE FURTHER NOTICE** that this request encompasses all notices, copies and pleadings referred to in section 1109(b) of the Bankruptcy Code, or in Bankruptcy Rules 2002, 3017, or 9007 including, without limitation, notices of any orders, motions, demands, complaints, petitions, pleadings, or requests, applications, and any other documents brought before this Court or in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telegraph, telecopy, telex or otherwise which effect or seek to effect the above case.

**PLEASE TAKE FURTHER NOTICE THAT** neither this Notice of Appearance and Request for Service of All Notices and Papers nor any subsequent appearance, pleading, claim, proof of claim,

CHAR2\1960257v2

document, suit, motion nor any other writing or conduct should be taken to constitute a waiver of any right: (i) to have any and all final orders in any and all non-core matters entered only after a de novo review by a United States District Court Judge; (ii) to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated or legal or private rights, or in any case, controversy or proceeding related hereto, notwithstanding the designation *vel non* of such matters as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2)(H), and whether such jury trial right is pursuant to statute or the United States Constitution; (iii) to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and (iv) to rights, claims, actions or defenses, setoffs, recoupments or other matters to which this party is entitled under any agreements or at law or in equity under the United States Constitution.

This the 24th day of October, 2017.

>   */s/ Zachary H. Smith*
>   Zachary H. Smith
>   MOORE & VAN ALLEN PLLC
>   100 North Tryon Street, Suite 4700
>   Charlotte, North Carolina 28202
>   Telephone:  (704) 331-1046
>   Telecopy:  (704) 378-1909
>   Email: zacharysmith@mvalaw.com
>   *Attorneys for AKF2 Shopton LLC*

## **CERTIFICATE OF SERVICE**

      I, Zachary H. Smith, do hereby certify that on the 24th day of October, 2017, I caused to be served a copy of the Notice of Appearance and Request for Service of All Notices and Papers filed herewith to be served by this Court's CM/ECF System.

                                                  */s/ Zachary H. Smith*
                                                   Zachary H. Smith