# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

In re:

PINPOINT WAREHOUSING, LLC,

Debtor(s).

Chapter 11

Case No. 17-31701

## STATEMENT OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS REGARDING THE DEBTOR'S MOTION TO DISMISS OR CONVERT BANKRUPTCY CASE

The Official Committee of Unsecured Creditors of Pinpoint Warehousing, LLC (the "Committee") files this statement regarding the Debtor's Motion to Dismiss or Convert Bankruptcy Case (Docket No. 92) (the "Motion to Convert"), respectfully showing as follows:

1.      The Debtor filed the Motion to Convert on February 7, 2018.

2.      In the Motion to Convert, the Debtor states that it views dismissal as a preferable option to conversion of the case.

3.      The Committee files this Statement to indicate its belief that conversion of the case will better serve creditors at this stage.

4.      Under Section 1112(b) of the Bankruptcy Code, the determination regarding whether to convert or dismiss a case is to be based upon which alternative is in the best interests of creditors.

5.      The Committee believes that at this point conversion of the case, rather than dismissal, will be in the best interests of creditors.

6.      Among other reasons, appointment of a chapter 7 trustee will allow for an investigation into possible avoidance actions and other claims that would likely not be pursued in

the event of dismissal.

WHEREFORE, the Committee respectfully requests that the case be converted to

chapter 7 and for such other and further relief as the Court may deem just and proper.

Dated: February 23, 2018.

Respectfully submitted,

/s/ Felton E. Parrish
Felton E. Parrish (N.C. Bar No. 25448)
HULL & CHANDLER, P.A.
1001 Morehead Square Drive, Suite 450
Charlotte, NC 28203
Telephone: 704-375-8488
Facsimile: 704-375-8487
Email: fparrish@lawyercarolina.com

Counsel to the Official Committee
Of Unsecured Creditors